**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Royres Antwon Patterson, Appellant.

Appellate Case No. 2016-001084

―――――――――――

Appeal From Anderson County
R. Scott Sprouse, Circuit Court Judge

―――――――――――

Unpublished Opinion No. 2018-UP-218
Submitted May 1, 2018 – Filed May 30, 2018

―――――――――――

**APPEAL DISMISSED**

―――――――――――

Chief Appellate Defender Robert Michael Dudek, of Columbia, and Royres Antwon Patterson, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General John Benjamin Aplin, both of Columbia, for Respondent.

―――――――――――

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.